## **STATEMENT OF FACTS**

On June 29, 2015, members of the Metropolitan Police Department's, Narcotics Special Investigations Division, Gun Recovery Unit, were on patrol and observed the defendant, later identified as Gregory Jones, along with others seated on the stairs and landing of 1116 Queen Street, N.E., Washington, D.C., drinking alcohol. The officers spoke with the men and asked if anyone had any guns on them and if they could see their waistbands. The men stood up and all of the men except the defendant raised their shirts above their waistbands. Defendant Jones did not comply and sat back down on the landing. The officers then saw the defendant shove an object under the area of his buttocks. The defendant and the men then left the porch and began walking toward the officers. The officers saw a black plastic bag lying on the landing where the defendant had been seated. The officers asked to speak with the defendant and the defendant shoved into the officers in an attempt to get out of the yard. The officers struggled with the defendant and were able to detain him. The officers then looked under the plastic bag where the defendant had been seated and recovered two plastic wraps that contained 55 zips of crack cocaine that weighed approximately 10 grams with packaging. Lying next to the two plastic wraps of crack was a loaded 9mm semi-automatic pistol. The defendant was placed under arrest. A portion of the crack cocaine field tested positive for cocaine. The approximate weight of the crack cocaine recovered indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant. After he was arrested the defendant denied that the guns and drugs were his, but admitted that he had touched the gun.

_____
OFFICER WAYNE DAVID
METROPOLITAN POLICE DEPARTMENT
NARCOTICS SPECIAL INVESTIGATIONS DIVISION
GUN RECOVERY UNIT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JUNE, 2014.

_____
U.S. MAGISTRATE JUDGE